M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

__Edward Cooks__                    )
Full name and prison name of        )
Plaintiff(s)                        )
                                    )
v.                                  )   CIVIL ACTION NO. __2:07cv1057-MEF__
                                    )   (To be supplied by Clerk of U.S. District
__City of Montgomery__              )   Court)
__Bobby Bright__                    )
__Warden Collins__                  )
                                    )
                                    )
                                    )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)                 )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) __NONE__

            Defendant(s) __NONE__

        2.  Court (if federal court, name the district; if state court, name the county)

            __NONE__

3. Docket number __NONE__

4. Name of judge to whom case was assigned __NONE__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __NONE__

6. Approximate date of filing lawsuit __NONE__

7. Approximate date of disposition __NONE__

II. PLACE OF PRESENT CONFINEMENT __Montgomery City Jail__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Montgomery City Jail__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Mayor Bobby Bright | City Hall |
| 2. | Warden Collins | 250 N. Ripley |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __Sept 14, 2007 to present time__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Safety Hazards__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Sleeping on the Floor, over crowded Fire hazards, No sprinklers, No Fire Exits, No cleaning supplies, Rampant Staph infections.

GROUND TWO: Physical, mental abuse

SUPPORTING FACTS: We Languish inside our cell 24 hours a day without any excercise, the gym has over 50 inmates, sleeping toe to toe with only one toilet, and no showers.

GROUND THREE: Denial of Health care

SUPPORTING FACTS: On 11-20-07 I had ah accident ocurred to me that evening as I was exiting the shower I slipped and fell. I felt I seriously injured myself. I wrote numerous request and spoke with the medical personal several times with no response. It was not until Nov. 27th 2007 before I was seen by Dr. Mendez. At the time Dr. Mendez said I had an Fractured Rib. to this date I still have not been given any other assistance. I am still in need of medical help. No X-Rays at all on my Ribs. Just seven long days of pain and suffering I went through from 11-20-07 to 11-27-07.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to see major changes at the Montgomery City Jail. Current conditions at the Jail needs immediate intervention.

*Edward Cooks*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-29-07
(Date)

*Edward Cooks*
Signature of plaintiff(s)

Edward Cooks
5715 Narrow Lane Rd.
Montgomery, Al.
36111

INMATE MAIL
MONTGOMERY CITY JAIL



MONTGOMERY AL 361
30 NOV 2007 PM
USA 41

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711