IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD COOKS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-1057-MEF |
| | ) |
| CITY OF MONTGOMERY, et al., | )    [WO-Do Not Publish] |
| | ) |
|     Defendants. | ) |

## **ORDER**

This litigation is now before the court on the Recommendation of the Magistrate Judge entered on December 6, 2007 (Doc. #5). After a review of the recommendation, to which Plaintiff did not object, and after an independent review of the entire record, the Court believes that the recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

    2.    Plaintiff's claims against Defendants Bright and the City of Montgomery are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

    3.    Defendants Bright and the City of Montgomery are DISMISSED as parties to this complaint; and

    4.    This case with respect to the remaining defendant be referred back to the undersigned for additional proceedings.

Done this the 27th day of December, 2007.

                                        /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE